UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Shawn Stayrook

        v.                Case No. 11-cv-426-SM

FNU Masse, et al.

O R D E R

I herewith approve the Reports and Recommendations of Magistrate Judge Landya B. McCafferty dated March 19, 2012, and May 2, 2012, no objections having been filed.  "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

Plaintiff's Motion to Amend the Complaint (document no. 15) is denied.  All federal claims for relief asserted in the plaintiff's complaint (document no. 1) are hereby dismissed with prejudice.  Plaintiff's claims asserting violations of the Laaman Consent Decree and any state law claims that he had intended to assert here

are dismissed without prejudice to his filing an action asserting such claims in state court.

    SO ORDERED.

May 24, 2012                                            `/s/ Steven J. McAuliffe`
                                                         Steven J. McAuliffe
                                                         United States District Judge

cc:     Shawn Stayrook, pro se